UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

JOHN M. TOWNSEND,

           Plaintiff,

v.

JAMES BACA, et al.,

           Defendants.

3:06-CV-00269-LRH (VPC)

O R D E R

Before this Court is Report and Recommendation of U.S. Magistrate Valerie P. Cooke (#47[1]) entered on December 19, 2007, recommending granting in part and denying in part Defendants' Motion to Dismiss (#38) filed on June 19, 2007. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#48) on January 9, 2008, and Defendants filed their Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation on January 25, 2006 (#49), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to the court's docket number.

1  Judge's Report and Recommendation (Doc. #47) entered on December 19, 2007, should be adopted
2  and accepted.
3      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
4  (#47) entered on December 19, 2007, is adopted and accepted, and Defendant's Motion to Dismiss
5  (#38) is GRANTED IN PART as to count III and defendants in their official capacities for money
6  damages, and DENIED IN PART as to counts I and II.
7      IT IS SO ORDERED.
8      DATED this 4th day of March, 2008.

                                  _____
                                  LARRY R. HICKS
                                  UNITED STATES DISTRICT JUDGE