UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN M. TOWNSEND, | ) | 3:06-CV-0269-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 28, 2008 |
| | ) | |
| AWP BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff filed a motion for enlargement of time or stay of discovery (#67). Plaintiff seeks an enlargement of time to October 31, 2008 to complete discovery because the parties are negotiating a possible settlement of this case and several other cases. Defendants filed a joinder to plaintiff's motion (#68). Therefore,

    Plaintiff's motion for enlargement of time or stay of discovery (#67) is **GRANTED** as follows:

    Discovery shall be completed no later than **Friday, October 31, 2008;**
    Dispositive motions shall be filed no later than **Monday, December 1, 2008;**
    The joint pretrial order shall be filed no later than **Monday, December 8, 2008**, or 30 days after the decision of any pending dispositive motions.

This case was filed on May 11, 2006.  Due to the reporting requirements placed on this court under the Civil Justice Reform Act, there shall be <u>no</u> further extensions of discovery or any related deadlines.

**IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

By:_____/s/_____
                Deputy Clerk